IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-272-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BRANDON CAINE DELAMAR, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion [D.E. 6] not later than November 9, 2026.

SO ORDERED. This 7 day of October, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge